UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

Tin Ming Cheng,

                      Case No.:     1-26-41358-ess
                      Chapter:      7

                Debtor.
---------------------------------------------------------X

## NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 2018, 4001, 9007 and 9010, Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A, by Andrew Goldberg, Esq., hereby appears in the above-entitled case and demands service of all papers and notices of all proceedings herein.

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise which affects or seeks to affect in any way, any rights, claims or interest of Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A.

Dated: Syosset, New York
       April 3, 2026

                              MARGOLIN, WEINREB & NIERER, LLP

                              /s/ Andrew Goldberg
                              By: Andrew Goldberg, Esq.
                              Attorneys for Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A
                              575 Underhill Boulevard, Suite 224
                              Syosset, New York 11791
                              andrew@nyfclaw.com

To:    Kevin K Tung, Esq. (via ECF)
       Lori Lapin Jones, Chapter 7 Trustee (via ECF)
       U.S. Trustee (via ECF)