# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Tin Ming Cheng,

                     Case No.:    1-26-41358-ess
                     Chapter:    7

                  Debtor.
-----------------------------------------------------------X

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion [ECF No. ___] (the "Motion") of Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A ("Movant"), for relief from the automatic stay with respect to 4320 Colden Street, Flushing, NY 11355 (the "Collateral") and a hearing on the Motion having been held on May 12, 2026; and good and sufficient notice of the Motion and the hearing having been given; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is modified pursuant to 11 U.S.C. § 362(d)(1) and Section 362(d)(2) to permit Movant, its agents, assigns, or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral; and it is further

**ORDERED**, within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale or disposition of the Collateral on the above-captioned debtor, debtor's counsel, and the case trustee. Any surplus proceeds realized from the sale or other disposition of the Collateral shall be remitted to the case trustee.