# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

Tin Ming Cheng,

Case No.:    1-26-41358-ess
Chapter:    7

Debtor.
--------------------------------------------------------------X

## RELIEF FROM STAY-REAL ESTATE AND COOPERATIVE APARTMENTS

### BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT:
    4320 Colden Street, Flushing, NY 11355

2. LENDER NAME: Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A

3. MORTGAGE DATE:    March 5, 2007

4. POST-PETITION PAYMENT ADDRESS:
    Carrington Mortgage Services, LLC
    500 N. State College Blvd.,
    Suites 1030, 1300 and 1400
    Orange, CA 92868

### DEBT AND VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF THE MOTION FILING DATE: $1,032,406.83
*(THIS MAY NOT BE RELIED UPON AS A "PAYOFF" QUOTATION.)*

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT AS OF THE MOTION FILING DATE: $1,181,000.00

7. SOURCE OF ESTIMATED MARKET VALUE:  Valuation

## STATUS OF THE DEBT AS OF MARCH 27, 2026

8. DEBTOR(S)'S INDEBTEDNESS TO MOVANT AS OF MARCH 27, 2026:

    A.  TOTAL: $1,032,406.83

    B.  PRINCIPAL BALANCE: $603,298.51

    C.  INTEREST: $72,176.99

    D.  ESCROW (TAXES AND INSURANCE) $93,589.70

    E.  FORCED PLACED INSURANCE EXPENDED BY MOVANT: $0.00

    F.  PRE-PETITION ATTORNEYS' FEES CHARGED TO DEBTOR(S): $0.00

    G.  PRE-PETITION LATE FEES CHARGED TO DEBTOR(S): $0.00

9. CONTRACT INTEREST RATE: 3.00%

*(IF THE INTEREST RATE HAS CHANGED, LIST THE RATE(S) AND DATE(S) THAT EACH RATE WAS IN EFFECT ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: _N/A_)*

10. OTHER PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE: Fees: $11,094.38; Deferred Balance: $252,247.25:

## AMOUNT OF POST-PETITION DEFAULT AS OF MARCH 27, 2026

11. DATE OF RECEIPT OF LAST PAYMENT: N/A

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MARCH 27, 2026: N/A PAYMENTS. **

13. POST-PETITION PAYMENTS IN DEFAULT AS OF MARCH 27, 2026:

| PAYMENT DUE DATE | AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |

**Chapter 7 Bankruptcy filing – loan is contractually due for May 1, 2022 through April 1, 2026 **

Total payments due = $179,340.12

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR(S):

    A. TOTAL:                                $0.00

    B. ATTORNEYS' FEES IN CONNECTION WITH THIS MOTION:            $1,225.00* to be incurred

    C. FILING FEE IN CONNECTION WITH THIS MOTION:            $199.00* to be incurred

    D. OTHER POST-PETITION ATTORNEYS' FEES:     $0.00

    E. POST-PETITION INSPECTION FEES:          $0.00

    F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES:            $0.00

    G. FORCED PLACE INSURANCE EXPENDED BY MOVANT:            $0.00

15. AMOUNT HELD IN SUSPENSE BY MOVANT:      $0.00

16. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR(S)'S ACCOUNT AND NOT LISTED ABOVE:

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: __N/A__ .)*

(REMAINDER OF SPACE INTENTIONALLY LEFT BLANK)

**REQUIRED ATTACHMENTS TO MOTION**

PLEASE ATTACH THE FOLLOWING DOCUMENTS TO THIS MOTION AND INDICATE THE EXHIBIT NUMBER ASSOCIATED WITH EACH DOCUMENT.

(1) COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S INTEREST IN THE SUBJECT PROPERTY. FOR PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE PROMISSORY NOTE OR OTHER DEBT INSTRUMENT TOGETHER WITH A COMPLETE AND LEGIBLE COPY OF THE MORTGAGE AND ANY ASSIGNMENTS IN THE CHAIN FROM THE ORIGINAL MORTGAGEE TO THE CURRENT MOVING PARTY. **(EXHIBIT B.)**

(2) COPIES OF DOCUMENTS THAT ESTABLISH MOVANT'S STANDING TO BRING THIS MOTION. **(EXHIBIT B.)**

(3) COPIES OF DOCUMENTS THAT ESTABLISH THAT MOVANT'S INTEREST IN THE REAL PROPERTY OR COOPERATIVE APARTMENT WAS PERFECTED. FOR THE PURPOSES OF EXAMPLE ONLY, THIS MAY BE A COMPLETE AND LEGIBLE COPY OF THE FINANCING STATEMENT (UCC-1) FILED WITH THE CLERK'S OFFICE OR THE REGISTER OF THE COUNTY IN WHICH THE PROPERTY OR COOPERATIVE APARTMENT IS LOCATED. **(EXHIBIT B.)**

# DECLARATION AS TO BUSINESS RECORDS

I, Robyn Perez , THE Authorized signor OF Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A, THE MOVANT HEREIN, DECLARES PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE, ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT Carrington Mortgage Services, ON THIS 3rd DAY OF April , 2026.

_Robyn Perez_

NAME: Robyn Perez

TITLE: BK Specialist II

MOVANT: Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A

STREET ADDRESS: 6200 Tennyson Pkwy., Building 110, Plano, TX 75024

CITY, STATE AND ZIP CODE:

# DECLARATION

I, Robyn Perez_____, THE _Authorized signor_____ OF Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A, LLC, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT _Carrington Mortgage Services, LLC_ ON THIS _3rd_ DAY OF _April_____, 2026.

_Robyn Perez_

NAME:  Robyn Perez

TITLE:  BK Specialist II

MOVANT: Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A

STREET ADDRESS:  6200 Tennyson Pkwy., Building 110, Plano, TX 75024

CITY, STATE AND ZIP CODE: