EXHIBIT E



## NON-INFLUENCE & COMPLIANCE CERTIFICATE

Order Number: ▮▮▮▮▮

Transaction Type: Foreclosure

FHA Case Number: ▮▮▮▮▮

Borrower: TIN CHENG;

Ordered By: ▮▮▮▮▮

Appraised Value: 1181000

Completed Date: 8/28/2025 1:04:13 AM

Lender Name: Carrington Mortgage Services LLC

Loan Number: ▮▮▮▮▮

Appraisal Type: AVM-AVM

Property Address: 4320 COLDEN ST FLUSHING NY 11355

Order Date: 8/25/2025 8:30:36 PM

Effective Date: N/A

We hereby certify that the above referenced appraisal report was completed in compliance with the appraisal independence standards and the FHA regulations governing the real estate appraisal process.

**Appraiser independence safeguards** - There was no attempt to influence the development, reporting, result or review of the appraisal report.

**Appraiser selection/engagement** - We were solely responsible for selecting, retaining the appraiser utilized and for providing payment of all compensation relating to the appraiser. The appraiser is capable, competent, knowledgeable, and understands the minimum Uniform Standards of Professional Appraisal Practice required of performing appraisal assignments intended for mortgage lending purposes, as well as the market analysis required for the assignment. Furthermore, the appraiser is geographically competent to perform appraisal assignments within the locality of the subject property.

**Prevention of improper influence** - We certify that we did not in anyway attempt to influence the appraiser in anyway regarding value. The appraiser has verified that he/she has not been influenced in anyway by us or any employee of the client stated in the appraisal report.

**Referrals of misconduct** - If we believe or have evidence that the appraiser and/or stated client have violated any laws, or is otherwise engaging in unethical conduct, we shall promptly refer the matter to the applicable state and/or federal regulatory bodies.

**Quality Assurance** - We certify that this appraisal was reviewed by our quality control department and meets our minimum appraisal quality standards.

This document certifies that the appraiser was independently engaged, that appraisal is free of improper influence, and the borrower, home buyer, and secondary mortgage market investors are receiving an independent property valuation.

For questions/comments/concerns please contact:

**Guardian Asset Management**
6041 Wallace Road Extension, Suite 210
Wexford PA 15090
appraisals@estreetamc.com


# 4320 COLDEN STREET, FLUSHING, NY 11355-3934, USA

Weiss Analytics
Valpro Est.

## $1,181,000





| | |
|---|---|
| Baths | 3 |
| Bedrooms | 5 |
| Sqft | 1,925 |
| Lot Size | 1,800 |
| Year Built | 1950 |

Powered by Weiss Analytics

## Forecast, Insights & Growth

| | | | | |
|---|---|---|---|---|
| Weiss Analytics Valpro Est. | $1,181,000 | Property Forecast | 0.70% | ⊙ |
| One Year Change | 2.46% ⊙ | Zip Forecast | 0.16% | ⊙ |
| Confidence Score | 92 | County Forecast | 0.31% | ⊙ |
| Forecasted Standard Deviation | 0.08 | Metro Forecast | 0.50% | ⊙ |

**Index Tools – Valuation Changes**

The graph tracks the index of this property, its ZIP Code area, and its MSA over time, showing the markets effect on each.



*Note: The property index reflects the relative value of the subject home compared to other points in time, not its value.*

Powered by Weiss Analytics


## Comparables

| Est. Value | Street | City | Zip | Dist | Built | Sqft | Beds | Baths | Lot Size | Sale Price | Sale Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,340,000 | 4346 COLDEN ST | FLUSHING | 11355 | 0.05 | 1950 | 2,250 | 3 | 2 | 2,250 | $1,350,000 | 2024-03 |
| $1,587,000 | 14355 BEECH AVE | FLUSHING | 11355 | 0.46 | 1989 | 1,656 | 6 | 5 | 2,178 | $1,580,000 | 2025-05 |
| $1,282,000 | 14316 HOLLY AVE | FLUSHING | 11355 | 0.48 | 1915 | 1,800 | 6 | 3 | 2,500 | $1,200,000 | 2025-03 |
| $1,430,000 | 15711 45TH AVE | FLUSHING | 11355 | 0.92 | 1965 | 1,748 | 5 | 3 | 1,748 | $1,375,000 | 2025-01 |
| $1,323,000 | 15608 59TH AVE | FLUSHING | 11355 | 1.09 | 1932 | 1,680 | 5 | 3 | 2,178 | $1,220,000 | 2025-02 |
| $1,160,000 | 4811 COLDEN ST | FLUSHING | 11355 | 0.45 | 1910 | 2,708 | 7 | 5 | 3,920 | $1,230,000 | 2021-04 |
| $1,658,000 | 4235 SAULL ST | FLUSHING | 11355 | 0.25 | 1975 | 3,732 | 9 | N/A | 1,892 | $2,530,000 | 2025-03 |
| $1,425,000 | 13327 BLOSSOM AVE | FLUSHING | 11355 | 0.24 | 1950 | 2,178 | 4 | 2 | 2,178 | $1,510,000 | 2024-12 |
| $1,114,000 | 14615 58TH AVE | FLUSHING | 11355 | 0.59 | 1950 | 1,650 | 3 | 3 | 2,200 | $990,000 | 2024-12 |
| $1,365,000 | 14931 ELM AVE | FLUSHING | 11355 | 0.76 | 1975 | 3,049 | 7 | 4 | 3,000 | $1,600,000 | 2025-02 |
| $1,123,000 | 5928 156TH ST | FLUSHING | 11355 | 1.1 | 1960 | 2,593 | 4 | 3 | 2,750 | $1,300,000 | 2025-02 |
| $1,281,000 | 4905 COLDEN ST | FLUSHING | 11355 | 0.54 | 1950 | 2,468 | 3 | 2 | 4,792 | $1,200,000 | 2020-06 |
| $1,179,000 | 5934 155TH ST | FLUSHING | 11355 | 1.07 | 1925 | 1,392 | 4 | 2 | 2,251 | $990,000 | 2025-02 |
| $1,094,000 | 14835 59TH AVE | FLUSHING | 11355 | 0.76 | 1950 | 1,560 | 3 | 2 | 2,200 | $910,000 | 2024-12 |
| $1,323,000 | 14939 CHERRY AVE | FLUSHING | 11355 | 0.79 | 1920 | 2,420 | 5 | 6 | 3,350 | $1,460,000 | 2025-01 |
| $1,341,000 | 4368 MURRAY ST | FLUSHING | 11355 | 0.82 | 1915 | 1,947 | 6 | 2 | 4,000 | $1,285,000 | 2025-01 |
| $1,356,000 | 14915 DELAWARE AVE | FLUSHING | 11355 | 0.73 | 1905 | 2,508 | 3 | 2 | 5,998 | $1,580,000 | 2025-03 |
| $1,515,000 | 4721 UNION ST | FLUSHING | 11355 | 0.53 | 2004 | 1,496 | 4 | 2 | 2,500 | $1,400,000 | 2024-11 |
| $1,283,000 | 4354 157TH ST | FLUSHING | 11355 | 0.91 | 1925 | 2,424 | 6 | 3 | 4,000 | $1,400,000 | 2025-01 |
| $1,268,000 | 13414 BOOTH MEMORI-AL AVE | FLUSHING | 11355 | 0.42 | 1950 | 2,836 | 5 | N/A | 1,896 | $1,550,000 | 2024-09 |
| $1,531,000 | 14027 QUINCE AVE | FLUSHING | 11355 | 0.68 | 1960 | 2,300 | 6 | 3 | 4,000 | $1,650,000 | 2024-11 |
| $1,303,000 | 5652 136TH ST | FLUSHING | 11355 | 0.37 | 1910 | 2,144 | 7 | 4 | 4,000 | $1,420,000 | 2024-11 |
| $1,119,000 | 4611 157TH ST | FLUSHING | 11355 | 0.84 | 1930 | 1,600 | 4 | 2 | 3,343 | $980,000 | 2024-11 |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $1,672,000 | 5832 LAWRENCE ST | FLUSHING | 11355 | 0.68 | 1965 | 2,332 | 7 | 5 | 3,000 | $1,830,000 | 2024-08 |
| $1,370,000 | 14964 45TH AVE | FLUSHING | 11355 | 0.81 | 2003 | 2,901 | 7 | 4 | 2,901 | $1,365,000 | 2024-10 |
| $1,359,000 | 14418 NEGUNDO AVE | FLUSHING | 11355 | 0.67 | 1915 | 1,644 | 7 | 4 | 2,519 | $1,270,000 | 2024-08 |
| $1,239,000 | 15310 PECK AVE | FLUSHING | 11355 | 0.76 | 1989 | 1,760 | 6 | 3 | 2,790 | $1,250,000 | 2024-08 |
| $1,214,000 | 14603 LABURNUM AVE | FLUSHING | 11355 | 0.61 | 1950 | 1,188 | 3 | 3 | 2,715 | $920,000 | 2024-08 |
| $1,662,000 | 14935 DELAWARE AVE | FLUSHING | 11355 | 0.77 | 1905 | 1,663 | 4 | 2 | 4,000 | $1,935,000 | 2024-10 |
| $1,039,000 | 15106 PECK AVE | FLUSHING | 11355 | 0.66 | 1955 | 1,429 | 3 | 2 | 2,076 | $868,000 | 2024-07 |
| $1,132,000 | 14029 NEGUNDO AVE | FLUSHING | 11355 | 0.55 | 1955 | 1,872 | 5 | 3 | 3,800 | $1,150,000 | 2024-07 |
| $1,618,000 | 13016 59TH AVE | FLUSHING | 11355 | 0.75 | 1960 | 2,244 | 6 | 2 | 3,000 | $1,735,000 | 2024-07 |
| $1,229,000 | 14309 ROSE AVE | FLUSHING | 11355 | 0.78 | 1965 | 3,000 | 5 | 3 | 3,000 | $1,400,000 | 2024-06 |

Powered by Weiss Analytics



# Definitions

## Confidence Score

Estimate of accuracy of IndexValue, between 50 and 100. Historical testing using actual sales shows that the IndexValue for the properties with higher ValueScores have a lower median percent error compared to properties with lower scores. The median error of IndexValue as a function of value score is as follows:

| Value Score | median error |
| --- | --- |
| <50 | 23.9% |
| 50-60 | 15.7% |
| 60-70 | 11.8% |
| 70-80 | 9.9% |
| 80-90 | 8.2% |
| 90-100 | 6.7% |

ValueScore is -1 if no neighborhood analysis was performed.

## Forecasted Standard Deviation (FSD)

FSD serves as an indicator of the confidence level in the property valuation provided by the AVM.

A lower FSD suggests a higher degree of certainty in the AVM's valuation accuracy. It implies that the model predicts the property's value with a narrow range of variation, indicating a strong likelihood that the actual market value will closely align with the estimated value.

Conversely, a higher FSD indicates increased uncertainty in the valuation. This scenario reflects that the AVM's estimated value has a broader range of potential variation, signaling that the actual market value of the property may diverge more significantly from the estimated figure.

FSD is a crucial metric in the AVM output, aiding in the assessment of how much reliance can be placed on the given property valuation. Generally, a lower FSD is preferred as it denotes greater confidence in the valuation's precision.


## Disclaimers

This **estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to FoxyAI, Inc, to available public record, local market, partner and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. FoxyAI Inc. is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical formulas and techniques proprietary to FoxyAI Inc. to available public record, local market, partner and proprietary data compiled by FoxyAI Inc. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. FoxyAI, Inc. is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.



Equal Housing Opportunity Statement: We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.

## Report Id