UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

                                                    Case No.:    1-26-41358-ess
Tin Ming Cheng,                                     Chapter:     7


                              Debtor.

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )
COUNTY OF NASSAU       )        ss:

    Bonnie Shah, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

On April 3, 2026, deponent served a true and exact copy of the

- NOTICE OF MOTION FOR AN ORDER UNDER BANKRUPTCY CODE §§362(d)(1) AND 362(d)(2) MODIFYING THE AUTOMATIC STAY;

- AFFIRMATION IN SUPPORT OF MOTION FOR AN ORDER UNDER BANKRUPTCY CODE §§362(d)(1) AND 362(d)(2) MODIFYING THE AUTOMATIC STAY (with exhibits)

by First Class Mail delivery to the addresses listed below, by depositing a true copy of same enclosed in a properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York, said addresses designated for that purpose:

Debtor:
Tin Ming Cheng
43-20 Colden Street
Flushing, NY 11355

Counsel for Debtor:
Kevin K Tung, Esq.
Kevin Kerveng Tung, P.C.
136-20 38th Avenue
Suite 3D
Flushing, NY 11354

Trustee:
Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 255 South
Great Neck, NY 1102

US Trustee:
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

_____
Bonnie Shah

Sworn to before me this
3 day of _____, 2026

_____
Notary Public

ANDREW DAVID GOLDBERG
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC. #02GO6286952
COMM. EXP. 3/-1/27