United States Bankruptcy Court

Eastern District of New York

In re:

Tin Ming Cheng

    Debtor

Case No. 26-41358-ess

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0207-1            User: admin            Page 1 of 1

Date Rcvd: Apr 24, 2026            Form ID: 273adi            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tin Ming Cheng, 43-20 Colden Street, Flushing, NY 11355-3934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew David Goldberg | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee of Upland Mortgage Loan Trust A andrew@nyfclaw.com |
| Kevin K Tung | on behalf of Debtor Tin Ming Cheng ktung@kktlawfirm.com asolomon@kktlawfirm.com |
| Lori Lapin Jones | ljones@jonespllc.com lljones@ecf.epiqsystems.com;N265@ecfcbis.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |

Debtor 1: **Tin Ming Cheng**

First Name  Middle Name  Last Name

Social Security number or ITIN:  xxx–xx–1776

EIN:  _ _–_ _ _ _ _ _ _

Debtor 2:
(Spouse, if filing)

First Name  Middle Name  Last Name

Social Security number or ITIN:  _ _ _ _

EIN:  _ _–_ _ _ _ _ _ _

United States Bankruptcy Court:  Eastern District of New York

Date case filed for chapter:  7  3/24/26

Case number:  1–26–41358–ess

# FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies under § 521(a)(1) of the Bankruptcy Code remain outstanding. These documents are required to be filed no later than 45 days from the filing of the petition.

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

If you have any questions, please contact the Clerk's Office at (347) 394–1700 for Brooklyn cases or (631) 712–6200 for Central Islip cases.

Dated: April 24, 2026

For the Court, Paul Dickson, Clerk of Court

**GTntcdef521rev.jsp** [Final Deficiency Notice rev. 08/28/25]