

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

June 4, 2026

*Via ECF*
Honorable Elizabeth S. Stong
United States Bankruptcy Judge
U.S. Bankruptcy Court, Eastern District of N.Y. (Brooklyn)

> Re: **Tin Ming Cheng**
> **Chapter 7 / Case No. 1-26-41358-ess**
> **Letter of Adjournment**

Dear Judge Stong:

We are the attorneys for Wilmington Savings Fund Society, FSB, as Trustee of Upland Mortgage Loan Trust A ("Movant") regarding the Motion for Relief from Stay with respect to the property located at 4320 Colden Street, Flushing, NY 11355 (ECF Docket No. 8).

Pursuant to an agreement between all parties and your chambers, the Motion for Relief from the Automatic Stay hearing scheduled for June 9, 2026 at 10:30 AM, has been adjourned to **July 14, 2026 at 10:30 AM.**

Very truly yours,

/s/ Andrew Goldberg
Andrew Goldberg, Esq.
Margolin, Weinreb & Nierer, LLP
Attorneys for Movant
(516) 921-3838 ext. 326
andrew@nyfclaw.com

cc:     Kevin K Tung, Esq. *(Via ECF)*

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.