Information to identify the case:

Debtor 1: **Tin Ming Cheng**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court:    Eastern District of New York

Case number:    1–26–41358–ess

Social Security number or ITIN:    xxx–xx–1776
EIN:    _ _–_ _ _ _ _ _ _

Social Security number or ITIN:    _ _ _ _
EIN:    _ _–_ _ _ _ _ _ _

Date case filed for chapter:    7    3/24/26

# NOTICE OF NO CERTIFICATE OF DEBTOR EDUCATION

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) has not filed a Certificate of Debtor Education in accordance with Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate is filed by July 1, 2026, this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certificate of Debtor Education, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: June 16, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 11/15/24]