# Notice Recipients

District/Off: 0207−1       User: admin       Date Created: 06/16/2026

Case: 1−26−41358−ess       Form ID: 268       Total: 4

**Recipients of Notice of Electronic Filing:**

tr       Lori Lapin Jones       ljones@jonespllc.com

aty       Kevin K Tung       ktung@kktlawfirm.com

           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Tin Ming Cheng       43−20 Colden Street       Flushing, NY 11355

smg       Office of the United States Trustee       Eastern District of NY (Brooklyn)       Alexander Hamilton Custom House       One Bowling Green, Room 510       New York, NY 10004−1408

           TOTAL: 2