# Notice Recipients

District/Off: 0207–1    User: admin    Date Created: 07/02/2026
Case: 1–26–41358–ess    Form ID: 318DI7    Total: 18

**Recipients of Notice of Electronic Filing:**
tr          Lori Lapin Jones          ljones@jonespllc.com
aty         Kevin K Tung              ktung@kktlawfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Tin Ming Cheng          43–20 Colden Street          Flushing, NY 11355
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom House          One Bowling Green, Room 510          New York, NY 10004–1408
10674112    86 Property Inc.          1160 63rd Street          Brooklyn, NY 11219
10674114    NEW YORK CITY ENVIRONMENTAL CONTROL          BOARD          66 John Street          10th Floor          New York, NY 10038
10674115    NEW YORK CITY TRANSIT ADJUDICATION BUREAU          29 Gallatin Place          3rd floor          Brooklyn, NY 11201
10674117    NY STATE DEPT. OF TAXATION AND FINANCE          Building 9, W. A. Harriman Campus          Albany, NY 12227
10674113    New Moys Meat Market Inc          427 39th Street          Brooklyn, NY 11232
10674116    Northeast Lobster Inc          95 MADISON STREET          New York, NY 10002
10674118    Palisades Acquisition Xvi LLC          210 Sylvan Avenue          Englewood Cliffs, NJ 07632
10674119    Sun King Produce Corp          398 MORGAN AVENUE          Brooklyn, NY 11211
10674120    WILMINGTON SAVINGS FUND SOCIETY, FSB          500 Delaware Avenue          Wilmington, DE 19801
10674121    WORKER'S COMPENSATION BOARD          328 State Street          Room 440/441          Schenectady, NY 12305
10681300    Wilmington Savings Fund Society, FSB, as trustee o          c/o MARGOLIN, WEINREB & NIERER, LLP          575 Underhill Boulevard, Suite 224          Syosset, New York 11791
10674122    Yellow Book Co Inc          440 MERRICK RD.          Oceanside, NY 11572

TOTAL: 16